IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Jay Sterling, | No. CV-16-4602-PHX-DLR (DMF) |
| Movant/Defendant, | CR-86-0063-PHX-PGR |
| v. | **ORDER** |
| United States of America, | |
| Respondent/Plaintiff. | |

Before the Court are Movant David Jay Sterling's First Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. 17), Respondent's Motion to Dismiss § 2255 Motion (Doc. 21), United States Magistrate Judge Deborah M. Fine's Report and Recommendation ("R&R") (Doc. 30), and Petitioner's Objections to the Magistrate Judge's R&R (Doc. 34).

The Court has considered Movant's objections and reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The R&R, relying in part on *United States v. Watson*, 881 F.3d 782 (9th Cir. 2018), found that bank robbery is categorically a crime of violence under the "elements clause" of 18 U.S.C. § 924(c)(3) because it requires at least an implicit threat to use the type of physical force necessary to meet the *Johnson v. United States*, 135 S.Ct. 2251 (2015), standard. The Movant argues that because, as of the date of his objection, August 13, 2018, there was a pending petition for certiorari in the

*Watson* matter he should be granted a certificate of appealability. However, the Court notes that the petition for certiorari was denied by the Supreme Court on October 1, 2018.

The Court accepts the magistrate judge's recommendation to dismiss the petition within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Movant's Objections to Magistrate Judge's R&R. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Deborah M. Fine (Doc. 30) to grant Respondents' Motion to Dismiss § 2255 Motion (Doc. 21) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Movant's First Amended § 2255 Motion (Doc. 17) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and terminate this action.

Dated this 12th day of October, 2018.

Douglas L. Rayes
United States District Judge